UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNEDUS CONCRETE DBA CASTILLO CONSTRUCTION, et al.,<br><br>        Defendants. | Case No. 21-cv-05826-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 7, 2024**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 14, 2024, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 5, 2024

_____
Richard Seeborg
Chief United States District Judge